1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  GREEN NEWTON,                          ) NO. CV 12-1691-GW (MAN)
                                           )
12                    Petitioner,          )
                                           )
13       v.                                ) JUDGMENT
                                           )
14  MATTHEW L. CATE,                       )
                                           )
15                    Respondent.          )
    _____)

16

17

18       Pursuant   to   the   Court's   Order   Accepting   Findings   and

19  Recommendations of United States Magistrate Judge,

20

21       IT IS ADJUDGED that this action is dismissed with prejudice.

22

23  DATED: July 29, 2013.

24                                      _George H. Wu_

25                                      _____
                                              HON. GEORGE H. WU
26                                       UNITED STATES DISTRICT JUDGE

27

28